UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| JOANNA MARIA SMITH RIDDLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO.: 2:14-CV-130 |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Commissioner of Social Security ) | |
| ) | |
| Defendant. ) | |

ORDER

After careful consideration of the Report and Recommendation of the United States Magistrate Judge, [Doc. 24], concerning plaintiff's application for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), *see* 28 U.S.C. § 2412(d), [Doc. 20], it is hereby ORDERED that the Report and Recommendation is ADOPTED and APPROVED and that the plaintiff's motion for attorney's fees is GRANTED, [Doc. 20]. Accordingly, plaintiff is awarded a fee in the amount of $1,637.50 and expenses in the amount of $20.10.

ENTER:

                                                              s/J. RONNIE GREER
                                           UNITED STATES DISTRICT JUDGE